IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Michael Paige, | Case No. 4:15 CV 2081 |
| Petitioner, | ORDER DISMISSING PETITION |
| -vs- | JUDGE JACK ZOUHARY |
| State of Ohio, | |
| Respondent. | |

Michael Paige, a state prisoner, filed a *pro se* Petition for Writ of Habeas Corpus (Doc. 1). Respondent moved to dismiss the Petition because Paige has yet to exhaust his claims in state court (Doc. 10). This case was referred to Magistrate Judge James Knepp, who recommends this Court grant the Motion to Dismiss (Doc. 14). Despite labeling his most recent filing an Opposition to the Motion, Paige agrees that he has yet to exhaust his claims and asks that this Court allow him to withdraw the Petition without prejudice (Doc. 15 at 1–2).

Given the agreement from all parties, this Court adopts the Report & Recommendation (Doc. 14) and grants the Motion (Doc. 10). The Petition (Doc. 1) is dismissed without prejudice pending the exhaustion of state court remedies.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

September 16, 2016